**UNITED STATES of America, Plaintiff–Appellee**

**v.**

**Carlos Clemente RODRIGUEZ, Defendant–Appellant**

**No. 15–41220 Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 07/12/2016

Renata Ann Gowie, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee

Carlos Clemente Rodriguez, Pro Se

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Carlos Clemente Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rodriguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.